

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00159-CV

| | | |
|---|---|---|
| Farmers Group Insurance, Inc., d/b/a Farmers Group Insurance, Farmers Insurance Exchange, and Fire Insurance Exchange | § | From the 393rd District Court |
| | § | of Denton County |
| | § | (2004-60129-393) |
| v. | § | May 22, 2014 |
| Tammy Poteet | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We reverse that portion of the trial court's judgment awarding Tammy Poteet damages of $11,300 for actual present cash value for each item of personal property that was at issue in the appraisal process and $20,000 for loss of fair market value of the residence for each item, and we render judgment that Tammy Poteet take nothing for actual present cash value for each item of personal property that was at issue in the appraisal process and nothing for loss of fair market value of the residence. We also reverse that portion of the judgment awarding $200,000 for reasonable and

necessary attorney's fees, and we remand that portion of the case for further proceedings consistent with this opinion. We affirm that portion of the trial court's judgment awarding Tammy Poteet $6,500 for reasonable and necessary attorney's fees and $1,500 for reasonable and necessary litigation expenses associated with Farmers Group Insurance, Inc., d/b/a Farmers Group Insurance, Farmers Insurance Exchange, and Fire Insurance Exchange's failure to comply with the appraisal provision.

It is further ordered that appellee Tammy Poteet shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Anne Gardner
By _____
Justice Anne Gardner